William M. Audet (SBN 117456)
Joshua C. Ezrin (CA 220157)
Adel A. Nadji (CA 232599)
ALEXANDER, HAWES & AUDET, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.576.1776

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET AMARO et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ELI LILLY AND COMPANY; and McKESSON CORPORATION, <br><br> Defendants. | CASE NO: 3:06-cv-01355-JCS <br><br> **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** <br><br> Hon. Joseph C. Spero |

-1-

Request for Extension of CMC and proposed Order - Amaro.wpd

1  Plaintiffs request that the June 23, 2006, Case Management Conference ("CMC") be
2  continued to August 25, 2006, at 1:30 p.m. Defendants submitted a "Tag-Along Notice" to the
3  Judicial Panel on Multidistrict Litigation ("JPML"), advising the JPML that this case should be
4  transferred to Multidistrict Litigation Proceeding No. 1596 - In re Zyprexa Products Liability
5  Litigation, in the Eastern District of New York.

6  This case has been entered into the Eastern District of New York and is in the process of
7  transfer. (True and correct copies of the JPML letter and CTO-47 as entered in the Eastern
8  District of New York are attached as Exhibits "A" and "B"). Plaintiffs expect the JPML to send
9  a copy of the Transfer Order to the Northern District of California shortly.

10  In short, because transfer of this action is imminent, there is no need for a CMC on June,
11  23, 2006. Accordingly, Plaintiffs request a continuance until August 25, 2006, by which time
12  this case will most likely have been transferred to the MDL, and closed in the Northern District
13  of California.

14  DATED: June 13, 2006                ALEXANDER, HAWES & AUDET, LLP

17  By _____
       Adel A. Nadji, Esq.
18     Attorney for Plaintiffs

## ORDER

Having considered the forgoing and good cause appearing therefore, IT IS SO ORDERED that this action is continued to August 25, 2006 at 1:30 p.m., pending transfer of this case to In re Zyprexa Products Liability Litigation, MDL No. 1596. The CMC scheduled for June 23, 2006, is now off calendar.

DATED: June 14, 2006

Hon. JC
UNITED STATES MAGISTRATE JUDGE



-2-

Request for Extension of CMC and proposed Order - Amaro.wpd

**PROOF OF SERVICE**
**NORTHERN DISTRICT OF CALIFORNIA COUNTY OF SAN FRANCISCO**

I am employed in the County of San Francisco, State of California; my business address is, 221 Main Street, Suite 1460, San Francisco CA 94105; I am over the age of 18 and not a party to the within action. On this date I served the following document(s):

**Plaintiffs' Request to Continue Case Management Conference and [Proposed] Order**

on the interested parties in this action addressed as follows:

Eli Lilly and Company
C/O :
Timothy W. Castor
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19102-2799

☐ (BY FAX) I am readily familiar with the firm's practice of facsimile transmission; on this date the above-referenced documents were transmitted, the transmission was reported as complete and without error and the report was properly issued.

☒ (BY MAIL) I am readily familiar with the firm's practice for the processing of mail; on this date, the above-referenced documents were placed for collection and delivery by the U.S. Postal Service following ordinary business practices.

☐ (BY OVERNIGHT DELIVERY) I am readily familiar with the firm's practice for the processing of documents for delivery services; on this date, the above-referenced documents were placed for collection and delivery following ordinary business practices.

☐ (BY ELECTRONIC FILING) On this date I provided the documents(s) listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website.

☐ (BY E-MAIL) On this date, the above-referenced documents were converted to Adobe files and e-mailed to the addresses shown.

☐ (BY PERSONAL SERVICE) I caused the above documents to be delivered by hand pursuant to CCP § 1011.

☒ Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

☐ State: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this __13th__ day of __June__, 2006, at San Francisco, California.

_____
Adel Nadji, Esq.

3

Notice of Filing of Proof of Service of Summons and Complaint

Amaro POS.wpd

# Exhibit A

**Exhibit A**

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

May 2, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 2 6 2006 ★

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule of CTO-47)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>April 14, 2006</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ Mecca S. Carter
Mecca S. Carter
Deputy Clerk

Attachment

cc: Transferee Judge: Judge Jack B. Weinstein
    Transferor Judges: (See Attached List of Judges)
    Transferor Clerks: (See Attached List of Clerks

JPML Form 36

# INVOLVED COUNSEL LIST (CTO-47)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Bill Arnold
Law Office of Patrick J. Mulligan, P.C.
2911 Turtle Creek Boulevard
Suite 900
Dallas, TX 75219

Floyd Kenneth Bailey
Bailey Perrin Bailey, LLP
The Lyric Center
440 Louisiana Street, Suite 2100
Houston, TX 77002

Lee B. Balefsky
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Gilbert N. Beckemeier, Jr.
Sandberg Phoenix & von Gontard, P.C.
One City Centre
515 North Sixth Street, 15th Floor
St. Louis, MO 63101-1880

William J. Bethune
Pepper Hamilton, LLP
600 14th Street, N.W.
Washington, DC 20005

William David Breit
Joynes & Gaides Law Group P.C.
564 Lynnhaven Pkwy
Virginia Beach, VA 23452

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

David J. Cutshaw
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204

Timothy C. Davis
Heninger, Burge, Vargo & Davis
2224 First Avenue North
P.O.Box 11310
Birmingham, AL 35205

Annesley H. DeGaris
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue
P.O. Box 55927
Birmingham, AL 35205-5972

John J. Driscoll
Brown & Crouppen, PC
720 Olive Street, Suite 1800
St. Louis, MO 63101-2302

Kenneth T. Fibich
Fibich, Hampton & Leebron, LLP
1401 McKinney
Suite 1800
Houston, TX 77010

Andrew G. Finkelstein
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

W. Lewis Garrison, Jr.
Heninger Garrison & Davis, LLC
2224 First Avenue North
P.O. Box 11310
Birmingham, AL 35203-1310

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Todd S. Hageman
Simon & Passanante, P.C.
701 Market Street
Suite 1450
St. Louis, MO 63101

Robert K. Jenner
Janet, Jenner & Suggs, LLC
1829 Reistertown Road
Suite 320
Baltimore, MD 21208

Gerald S. Leeseberg
Leeseberg & Valentine
Penthouse One
175 South Third Street
Columbus, OH 43215

Allison Long
Silverman & Fodera
1835 Market Street
Eleven Penn Center
Suite 2600
Philadelphia, PA 19103-2968

Alan Daniel Mathis
Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203-2618

Rhett A. McSweeney
McSweeney & Fay, PLLP
2116 Second Avenue, South
Minneapolis, MN 55404

James Michael Moore
Guerra & Moore
4201 North McColl Road
McAllen, TX 78504

Adel Nadji
Alexander, Hawes & Audet, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105

James Mark Neudecker
Reed Smith, LLP
1999 Harrison Street
26th Floor
Oakland, CA 94612-3572

Jeffrey D. Schreiber
Phillips & Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Andrew Bruce See
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

Jeffrey M. Tillotson
Lynn, Tillotston & Pinker, LLP
750 N. St. Paul Street
Suite 1400
Dallas, TX 75201

Justin Kurt Truelove
Patton, Tidwell & Schroeder
P.O. Box 5398
4605 Texas Boulevard
Texarkana, TX 75505-5398

Peter M. Villari
Villari, Ostroff, Kusturiss,
Brandes & Kline, P.C.
161 Washington Street
8 Tower Bridge, 4th Floor
Conshohocken, PA 19428

Case 3:06-cv-05355-CRB Document 10 Filed 06/13/2006 Page 7 of 12
Case 1:04-md-01596-JBW-RLM    Document 558    Filed 05/26/2006    Page 3 of 5

PAGE 1 OF 2

# INVOLVED JUDGES LIST (CTO-47)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. William M. Acker, Jr.
Senior U.S. District Judge
481 Hugo L. Black U.S. Courthouse
1729 5th Avenue, North
Birmingham, AL 35203-0065

Hon. Harvey Bartle III
Chief Judge, U.S. District Court
16614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Michael M. Baylson
U.S. District Judge
3810 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Sharon Lovelace Blackburn
U.S. District Judge
730 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. Ronald L. Buckwalter
Senior U.S. District Judge
14614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. L. Scott Coogler
U.S. District Judge
786 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. Stewart Dalzell
U.S. District Judge
5614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Legrome D. Davis
U.S. District Judge
2609 James A. Bryne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. Paul S. Diamond
U.S. District Judge
United States District Court
17613 James A. Byrne U. S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Robert G. Doumar
Senior U.S. District Judge
Walter E. Hoffman U.S. Courthouse
Room 183
600 Granby Street
Norfolk, VA 23510

Hon. David Folsom
U.S. District Judge
309 U.S. Courthouse & Post Office
500 N. State Line Avenue
Texarkana, TX 71854-5957

Hon. David F. Hamilton
U.S. District Judge
330 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Phyllis J. Hamilton
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. William Q. Hayes
U.S. District Judge
4 Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101

INVOLVED JUDGES LIST (CTO-47) MDL-1596                                    PAGE 2 OF 2

Hon. Thelton E. Henderson
Senior U.S. District Judge
19-5356 Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Ricardo H. Hinojosa
U.S. District Judge
1701 W. Business Highway 83
Bentsen Tower
Suite 1028
McAllen, TX 78502

Hon. John D. Holschuh
Senior U.S. District Judge
109 Joseph P. Kinneary
U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. Virginia Emerson Hopkins
U.S. District Judge
U.S. District Court
619 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue, North
Birmingham, AL 35203

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. Nanette K. Laughrey
U.S. District Judge
7452 Charles E. Whittaker
U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Gene E.K. Pratter
U.S. District Judge
United States District Court
5118 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. C. Lynwood Smith, Jr.
U.S. District Judge
207 U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Hon. Joseph C. Spero
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. William D. Stiehl
Senior U.S. District Judge
P.O. Box 249
E. St. Louis, IL 62202

# INVOLVED CLERKS LIST (CTO-47)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

David J. Maland, Clerk
100 East Houston Street
#125
Marshall, TX 75670-4144

David J. Maland, Clerk
U.S. District Court
301 U.S. Courthouse and Post Office Building
500 North State Line Avenue
Texarkana, TX 75501

Fernando Galindo, Acting Clerk
193 Walter E. Hoffman U.S. Courthouse
600 Granby Street
Norfolk, VA 23510-1915

James Bonini, Clerk
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Michael N. Milby, Clerk
P.O. Box 5059
McAllen, TX 78502-5059

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

~~Patricia L. Brune, Clerk~~
~~2710 Charles Evans Whittaker~~
~~U.S. Courthouse~~
~~400 E. Ninth Street~~
~~Kansas City, MO 64106~~

Perry D. Mathis, Clerk
140 Hugo L. Black U.S.
Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

# Exhibit B

**Exhibit B**

A CERTIFIED TRUE COPY

MAY - 2 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 14 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1596

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

**CONDITIONAL TRANSFER ORDER (CTO-47)**

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 321 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY - 2 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-47 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 2 06-372 | Precious Necale Fegans v. Eli Lilly & Co. |
| ALN 2 06-373 | Donald Scott v. Eli Lilly & Co. |
| ALN 2 06-374 | Mary Glover v. Eli Lilly & Co. |
| ALN 2 06-430 | Harold B. Henry v. Eli Lilly & Co. |
| ALN 2 06-431 | William Wayne Mathers, Jr. v. Eli Lilly & Co. |
| ~~ALN 2 06-536~~ | ~~Patricia Tracy v. Eli Lilly & Co., et al.~~ Vacated 4/27/06 |
| ~~ALN 3 06-535~~ | ~~Nathan Hubbard v. Eli Lilly & Co., et al.~~ Opposed 4/24/06 |
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-1353 | Linda Amery, et al. v. Eli Lilly & Co. |
| CAN 3 06-1355 | Margaret Amaro, et al. v. Eli Lilly & Co. |
| CAN 3 06-1369 | Deronda Appleman, et al. v. Eli Lilly & Co. |
| ~~CAN 3 06-1811~~ | ~~Claudia Stempien, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/2/06 |
| CAN 3 06-1938 | Jack Lidikay, et al. v. Eli Lilly & Co., et al. |
| **CALIFORNIA SOUTHERN** | |
| CAS 3 06-442 | Tynesha Belcher, et al. v. Eli Lilly & Co. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 06-152 | Daniel J. Lawler v. Eli Lilly & Co. |
| **INDIANA SOUTHERN** | |
| INS 1 06-343 | Sheryl Abbey v. Eli Lilly & Co. |
| **MINNESOTA** | |
| MN 0 06-1100 | Daniel Buchfink, et al. v. Eli Lilly & Co. |
| **MISSOURI WESTERN** | |
| ~~MOW 4 06-229~~ | ~~Don Stricklen v. Eli Lilly & Co., et al.~~ Opposed 4/28/06 |
| **OHIO SOUTHERN** | |
| OHS 2 06-148 | Christopher Kidd v. Eli Lilly & Co. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 06-815 | Andre Williams v. Eli Lilly & Co. |
| PAE 2 06-936 | Nick Nichols, et al. v. Eli Lilly & Co. |
| PAE 2 06-937 | Timothy Murphy v. Eli Lilly & Co. |
| PAE 2 06-938 | Louise Osman, et al. v. Eli Lilly & Co. |
| PAE 2 06-940 | Michael Hickmon v. Eli Lilly & Co. |
| PAE 2 06-941 | Selim Kibria v. Eli Lilly & Co. |
| PAE 2 06-942 | Janine Schaefer v. Eli Lilly & Co. |
| PAE 2 06-943 | Denise Berry Horan v. Eli Lilly & Co. |
| **TEXAS EASTERN** | |
| TXE 2 06-76 | Zane Barker, et al. v. Eli Lilly & Co. |
| TXE 5 06-46 | Jason Allen, et al. v. Eli Lilly & Co. |
| **TEXAS SOUTHERN** | |
| TXS 7 06-61 | Carol Lynn Jenkins, et al. v. Eli Lilly & Co. |
| **VIRGINIA EASTERN** | |
| VAE 2 06-137 | Alice C. Carey, etc. v. Eli Lilly & Co. |